IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NENA ANSAGAY, on behalf of herself, THE ESTATE OF BENJAMIN O. K. ANSAGAY, and their minor child, K.A. , <br><br> Plaintiffs, <br><br> vs. <br><br> DOW AGROSCIENCES LLC; DOE CORPORATION 1; DOES 2-100, <br><br> Defendants. | CV 15-00184 SOM-RLP |

<u>ORDER ADOPTING ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT AND FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR REMAND</u>

Findings and Recommendation having been filed and served on all parties on December 03, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Order Granting in Part and Denying in Part Plaintiff's Motion to File First Amended Complaint and Findings and Recommendation to Deny Plaintiff's Motion for Remand" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; December 21, 2015.



      /s/ Susan Oki Mollway
      Susan Oki Mollway
      United States District Judge

Nena Ansagay v. Dow Agrosciences LLD, Civil No. 15-00184 SOM-RLP
Order Adopting Order Granting in Part and Denying in Part Plaintiff's Motion to File First Amended Complaint and Findings and Recommendation to Deny Plaintiff's Motion for Remand